**EXHIBIT I**

**From:** Marikay Snyder <msnyder@petersenhc.com>
**Sent:** Wednesday, December 13, 2023 9:46 AM
**To:** Candice Knox <cknox@capfundinc.com>; Dannelle Berry <dberry@petersenhc.com>
**Cc:** Mark Petersen <mpetersen@petersenhc.com>; Jen Loucks <jloucks@capfundinc.com>
**Subject:** RE: Petersen's Payment

**Caution:** This email originated from outside of The CFG Family of Companies. Do not click links or open attachments unless you recognize the sender and know that the content is safe. Please use caution!

Candice,
We had a crypto attack at the end of October. We were without email at the facility level for basically a month. My entire AR billing system was encrypted including the actual software and we have had no progress recovering the data. The FBI was no help, nor were the outside 'specialists' we hired. Lost the email servers, lost the IP phone system, lost a payroll system, lost a significant amount of data of all kinds. The downside of being paperless is electronic files, hundreds of thousands of electronic files, are easy prey for these people. They hacked our back up system and initiated a purge.

We had to have the facility mail back copies of the last round of bills so we could try to recover current balances. We are billing manually and we are scrambling to get set up in a new system. Coupled with it being Christmas, when people like to not pay their bills anyway, not getting an invoice just gives them the 'moral' right not to pay, we are painfully cash poor.

There is no chance that we are going to make this month's payment. I've engaged Winston & Strawn to help with reorganization attempt.


**From:** Candice Knox <cknox@capfundinc.com>
**Sent:** Wednesday, December 13, 2023 7:53 AM
**To:** Marikay Snyder <msnyder@petersenhc.com>; Dannelle Berry <dberry@petersenhc.com>
**Cc:** Mark Petersen <mpetersen@petersenhc.com>; Jen Loucks <jloucks@capfundinc.com>
**Subject:** RE: Petersen's Payment

Good Morning,

Just following up on when we can anticipate receiving your mortgage payment for the month of December.

Thank You!


Best Regards,

**Candice Knox**
Asset Manager
Capital Funding, LLC
1422 Clarkview Road

Baltimore, MD 21209
Main: 410-342-3155  ext. 6075
Direct: 443-761-6075
Email : cknox@capfundinc.com

**From:** Candice Knox
**Sent:** Monday, December 11, 2023 11:17 AM
**To:** Marikay Snyder <msnyder@petersenhc.com>; Dannelle Berry <dberry@petersenhc.com>
**Cc:** mpetersen@petersenhc.com; Jen Loucks <jloucks@capfundinc.com>
**Subject:** Petersen's Payment


Good Morning,

Just follow up on the voicemail I left. As a friendly reminder, your bill was due on the 1st and will be subjected to late fees if received after 15th. If we get your payment after the 15th , you will be assessed a 2% late fee.

Can you please confirm that we will be receiving your payment on or before the 15th?


Thank You,

**Candice Knox**
Asset Manager
Capital Funding, LLC
1422 Clarkview Road
Baltimore, MD 21209
Main: 410-342-3155  ext. 6075
Direct: 443-761-6075
Email : cknox@capfundinc.com

CONFIDENTIALITY NOTICE: Email may contain confidential and proprietary information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email, by forwarding this to it@cfg.bank or by telephone at (410)823-0500 and destroy the original transmission and its attachments without reading or saving in any manner.
CONFIDENTIALITY NOTICE: Email may contain confidential and proprietary information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email, by forwarding this to it@cfg.bank or by telephone at (410)823-0500 and destroy the original transmission and its attachments without reading or saving in any manner.