**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAPITAL FUNDING, LLC,<br><br>                  Plaintiff,<br>      v.<br><br>BATAVIA, LLC, et al.<br><br>                Defendants. | Case No. 1:24-cv-00888<br><br>Honorable Thomas Durkin |

**ORDER**

This matter coming to be heard on the Receiver's Report of Sale, due notice having been given and there being no objections, WHEREFORE, IT IS HEREBY ORDERED:

1. The Report is approved in its entirety;

2. The Receiver shall file a supplemental report by February 6, 2026; and

3. As the real properties have been conveyed to new ownership, the Court hereby discharges the Receiver solely as to Batavia, LLC, Benton HCC, LLC, Bloomington, LLC, Cisne, LLC, Eastside, LLC, Fondulac, LLC, Ozark HCC, LLC, Sunset HCC, LLC and Timbercreek HCC, LLC and finds that all actions, decisions and efforts undertaken by the Receiver related to the properties and their owners were just, appropriate, necessary and proper, and are fully approved by the Court.

Date:    January 15, 2026              Entered by: _Thomas M Durkin_

                                              Hon. Thomas M. Durkin
                                              U.S. District Judge