**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CAPITAL FUNDING GROUP, LLC,<br>a Mayland limited liability company,<br><br>                       Plaintiff,<br><br>v.<br><br>BATAVIA, LLC, *et al.*<br><br>                 Defendants. | Case No. 1:24-cv-00888<br><br>Judges Honorable Thomas M. Durkin |

**RECEIVER'S SUPPLEMENTAL REPORT OF SALE**

Michael F. Flanagan, the court-appointed Receiver (the "Receiver") over the above-captioned defendants (each a "Defendant"), files this Supplemental Report with the Court:

1. On February 8, 2024, the Court entered its Order Appointing Receiver appointing the Receiver (the "Receivership Order") for nine (9) long term care facilities (each a "Property" and collectively, the "Properties") located throughout the State of Illinois and Missouri.

2. The sale of the Transferred Assets closed on December 30, 2025.

3. As of the date of this Report, the Illinois Department of Public Health ("IDPH") has issued a skilled nursing facility license dated as of January 1, 2026 for Benton Rehabilitation and Health Care Center and IDPH has informed the Receiver that the remaining licenses for the seven (7) Properties that are open and operating should be issued on or before February 10, 2026, each with an effective date of January 1, 2026.

4. Following the sale of the Transferred Assets, the Receiver and Walnut Creek Management Company, L.L.C. (the "Manager") have focused on liquidating the balance of the

1

assets which were not sold to Buyers, as well as processing and paying the unpaid operating expenses incurred during the term of the receivership.

5.  On January 27, 2026 Receiver made the payments due to IDPH and the Illinois Department of Healthcare and Family Services ("IDHFS") under the respective Settlement Agreement and General Releases which were negotiated by and between the Receiver, IDPH and IDHFS to settle and resolve any and all liabilities which each Facility may owe IDPH or IDHFS through July 31, 2025.

6.  Final Medicaid and Medicare cost reports are in the process of being prepared and will be filed with the appropriate regulatory authorities in the near future.

7.  Once the Medicare tie in notices have all been issued by CMS, which typically occurs between 7-12 months from closing, the Receiver will file his Final Report and request to be discharged.

Respectfully submitted,

**MICHAEL F. FLANAGAN, RECEIVER**

By: *Michael F. Flanagan*
Michael F. Flanagan
14005 Outlook
Overland Park, KS 66223
(913) 269-8280
MikeFlanagan@MFFLLC.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused the foregoing Receiver's Supplemental Report of Sale to be filed with the Clerk on February 6, 2026 and distributed to all counsel of record via the CM / ECF service list.

/s/ *Jason R. Sleezer*
Jason R. Sleezer

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I, Gretchen Filarski, a non-attorney, certify that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.  I, Gretchen Filarski, certify that I served a copy of the foregoing Receiver's Supplemental Report of Sale to the parties identified on the attached service list by placing a copy with proper prepaid postage affixed in the U.S. Mail at 150 S. Wacker Drive, Chicago, IL 60606 on February 6, 2026, at or before 5:00 p.m.

/s/ *Gretchen Filarski*
Gretchen Filarski

## SERVICE LIST

DANIEL L. MAHER, REGISTERED AGENT
412 E. LAWRENCE AVENUE
SPRINGFIELD, IL 62703-2208
*REGISTERED AGENT FOR BATAVIA, LLC, TIMBERCREEK HCC, LLC, FONDULAC, LLC, BLOOMINGTON, LLC, SUNSET HCC, LLC, EASTSIDE, LLC, CISNE, LLC, BENTON HCC, LLC, OZARK HCC, LLC, PETERSEN HEALTH JUNCTION, LLC, and PETERSEN HEALTH OPERATIONS, LLC*

MARIKAY L. SNYDER, REGISTERED AGENT
830 W. TRAILCREEK DRIVE
PEORIA, IL 60614-1862
*REGISTERED AGENT FOR PETERSEN MT2, LLC*

4

*13230892 v1*